# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

Clifford W. Taylor,
Chief Justice

135193

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SC:  135193
COA:  280514
Wayne CC:  07-006158-01

ANTHONY ADONIS BELL,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the October 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   CAVANAGH and KELLY, JJ., would remand this case to the trial court to allow the defendant to move to withdraw his plea.



   I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008

_____
Clerk

s0130